

# CHRIS DANIEL   01-15-00270-CR

## HARRIS COUNTY DISTRICT CLERK

March 13, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 12:51:38 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE RUBEN GUERRERO
174TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name· KENNETH LEAKS

Cause No. 1451849

Court· 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 2-25-15
**Sentence Imposed Date:** 2-25-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1451849/1451850   999/11/22
                            998/11/22   P2

The State of Texas  x  In The 174th Judicial
         vs                x  Court of Harris County
Kenneth Leaks       x  Texas

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging

FILE
Time: 3-25-15

By_____

Notice Of Appeal

To The Honorable Judge of Said Court:

Comes now Kenneth Leaks, defendant in the ~~abue~~ above and numbered cause and within thirty (30) days of being sentenced to two (2) years ~~iii~~ of confinement in the Texas Department of Criminal Justice on January 29, @ 2015. Files this Notice of Appeal from his plea of Guilty in Cause Numbers 1451849 and 1451850.

Defendant acknowledges that the Plea in the above entitled and numbered causes was entered pursuant of the provisions of Article 1.15 of Code of Criminal Procedure and that the punishment accessed does not exceed that reccomended by prosecutor and agreed to by the Defendant and his Attorney, but futher shows the Court that 2nd Appeal

Thus Defendant tenders this notice as evidence of his desire to appeal the conviction in Cause no. 1451849 and 1451850

Respectfully Submitted

_____
Defendant

Cause No. 1451849/1451850

I Kenneth Leaks, SPN# 02061723 incarcerated in the Harris County jail in Harris County Texas do Declare under penalty of perjury that the foregoing is True and Correct

Execution on this the 16 day of February 2015.

Respectfully Submitted

Defendant

Cause No. 1451849/1451850

# ORDER

On this the _____ day of _____
2015 Came to be heard by me the Defendants
Notice Of Appeal and it appears to this Court
that this Motion should be

        Granted _____

        Denied _____
        and it is so ordered

        _____
          Judge Presiding

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Kamron Oaks

SPN: 02867123  Cell: 3E1B

Street: 1200 BAKER ST

Houston, Texas 77002

HCSO

LEGAL

INDIGENT  GS0091H01

174TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS, 77002

US POSTAGE ≫ PITNEY BC

ZIP 77019  $ 000.48
02  1W
0001374179 FEB 16 201

 

Cause No. 1451849

THE STATE OF TEXAS

v.

Kenneth Leaks , Defendant

IN THE 174 DISTRICT COURT

~~COUNTY CRIMINAL COURT AT LAW NO.~~

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

- [ ] is not a plea-bargain case, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [or]
- [x] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

FILED
Chris Daniel
District Clerk

JAN 29 2015

Harris County, Texas

By_____
Deputy

_____    7/29/2015    Time:_____
Judge                                    Date Signed

I have received a copy of this certification   I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure   I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals   TEX R APP P 68.2   I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit   I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address _____

Telephone number: _____

Fax number (if any) _____

_____
Defendant's Counsel

State Bar of Texas ID number   24040642

Mailing Address   1201 Franklin, 13th Floor
Houston, TX 77002

Telephone number   713-368-0016

Fax number (if any) _____

* "A defendant in a criminal case has the right of appeal under these rules   The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order   In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

**CLERK**

9/1/2011

| STATE OF TEXAS | § | IN THE 174 DISTRICT COURT |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| Kenneth Leaks             , | § | OF HARRIS COUNTY, TEXAS |
| **Defendant** | | |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R. App. P. 25.2, advises the Defendant as follows:**

1  Texas law gives a defendant convicted of a crime the right to appeal his conviction

2  If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission  If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction

3  If you did not plead guilty, you may have the right to appeal  If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**

4  If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address  You must tell your attorney in writing of any **change in your address**

5  If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals  If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review

**The Defendant declares the following to the Court** (choose one)

1  ☒ I read and write English  I have read and I understand this document ___KL___ (Defendant initial here if true), or

2  ☐ I speak English _____ (name reader) read this document to me  I understand its contents _____ (Defendant initial here if true), or

3  ☐ I do not speak English _____ (name translator) translated this document for me I understand its contents _____ (Defendant initial here if true)

_____
Defendant's signature
Sworn to and subscribed before me on ___1/29/2015___

_____
Harris County Deputy District Clerk

FILED
Chris Daniel
District Clerk

JAN 29 2015

Time:_____
Harris County, Texas
By_____
Deputy

_____
**PRESIDING JUDGE**
____ District Court
Harris County, Texas

Revised 5/2/12

**CLERK**

# APPEAL CARD

3-3015 1st

Court **174th**  Cause No. **1451849**

## The State of Texas
### Vs
**Kenneth Leaks**

Date Notice
Of Appeal: **2/25/2015**  **1/19/15**

Presentation:  Vol._____ Pg._____

Judgment:  Vol._____ Pg._____

Judge Presiding **Ruben Guerrero**
Court Reporter **Waived**
Court Reporter **Waived**
Court Reporter **Waived**

Attorney
on Trial **N/A**

Attorney
on Appeal **N/A**

Appointed_____ Hired_____

Offense **Felon Poss WPN**

Jury Trial:  Yes_____ No **✓**

Punishment
Assessed **2 years TDC**

Companion Cases
(If Known) **1451850**

Amount of
Appeal Bond **N/A**

Appellant
Confined:  Yes **✓** No_____

Date Submitted
To Appeal Section_____

Deputy Clerk _____